UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(at Greenbelt)

| | | |
|---|---|---|
| | * | |
| In Re: | * | |
| Rita A. McCoy | * | Case No.:10-16023<br>Chapter 13 |
| Debtor | * | |

## MOTION TO CONVERT TO CHAPTER 7

COMES NOW the Debtor, Rita A. McCoy, by and through her attorneys, Robert A. Ades & Associates, P.C. and Adam B. Ross and moves this Court to convert her Chapter 13 case to a Chapter 7 case and states as follows:

1. That there has been a change in circumstances such that the Debtor's income is approximately 75% of the income listed on Schedule I. The reason for said change is the Debtor retired from her position within the Metropolitan Police Department effective April 24, 2010.

2. The Debtor further states that costs associated with the care of the Debtor's elderly Mother and handicapped brother will make sustaining a Chapter 13 plan near impossible.

3. As a result and due to the Debtor's qualification and change in circumstance, the Debtor now seeks relief in good faith under Chapter 7.

WHEREFORE, Debtor moves:

A. That this matter be converted to a Chapter 7 case.

B. For such other and further relief as this Court deems necessary.

/s/ Adam B. Ross
Adam B. Ross, Fed. Bar No. 28782

Robert A. Ades & Associates, P.C.
Suite 300, Metro 400 Building
4301 Garden City Drive
Landover, MD 20785
(301) 459-3333