UNITED STATE BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| RITA A. MCCOY | : | Case No. 10-16023-PM |
| | : | Chapter 7 |
| Debtor | : | |
| | : | |

MOTION TO COMPEL DEBTOR TO TURNOVER
PROPERTY OF THE ESTATE

Merrill Cohen, Trustee, by and through his attorney, respectfully represents:

1. On March 22, 2010, the debtor filed a Voluntary Petition under Chapter 13 of the United States Bankruptcy Code. The case was converted to Chapter 7 on June 15, 2010.

2. Merrill Cohen was appointed Trustee of the above-captioned case, has qualified, and is now acting as such trustee.

3. The Meeting of Creditors pursuant to Section 341(a) of the Bankruptcy Code was held on July 14, 2010.

4. According to Schedule B filed by the debtor, the debtor is the owner of a "Whole Life Policy with Globe Life" with a cash surrender value of $9,470.25. In the Schedule C filed by the debtor, the debtor has claimed an exemption in such whole life policy in the amount of $0.00. Accordingly, the cash value of the whole life policy has not been claimed exempt.

5. The cash value of the whole life policy is property of the debtor's estate pursuant to Section 541 of the Bankruptcy Code.

6. The debtor is required, pursuant to Section 542 of the Bankruptcy Code, to turn over to the Trustee all non-exempt property.

7. The debtor has failed to turn over to the Trustee the cash value of the whole life policy,

despite demand.

WHEREFORE, the Trustee respectfully requests that this Court enter an Order compelling the Debtor, Rita A. McCoy, to turnover to Merrill Cohen, Trustee, the cash surrender value of her whole life insurance policy with Globe Life, and grant such other and further relief as is just and necessary.

/s/Merrill Cohen
Merrill Cohen
7910 Woodmont Ave
Suite 1103
Bethesda, MD 20814
(301)-881-8300
Attorney for Trustee

CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of September, 2010, a copy of the foregoing was either served electronically via CM/ECF or mailed, by first-class mail, postage pre-paid, a copy of the foregoing Motion to: Office of the United States Trustee, 6305 Ivy Lane, Suite 600, Greenbelt, Maryland 20770; Rita A. McCoy, 1323 Chilton Drive, Silver Spring, MD 20904; Adam Brown Ross, Esq., 4301 Garden City Drive, Suite 1300, Landover, MD 20785.

/s/Merrill Cohen
Merrill Cohen