B6C (Official Form 6C) (12/07)

In re Rita A. McCoy, Debtor

Case No. 10-16023 (If known)

# AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 1323 Chilton Dr. Silver Spring, MD 20904 | Md. Code Ann., Cts. & Jud. Proc. §11-504(f) | 0.00 | 342,000.00 |
| 2004 Lexus RX330 | Md. Code Ann., Cts. & Jud. Proc. §11-504(f) | 0.00 | 13,805.00 |
| Cameras, video cameras, tennis equipment, basketball equipment, treadmill, free weights & total gym | Md. Code Ann., Cts. & Jud. Proc. §11-504(b)(4) | 200.00 | 200.00 |
| Cash on hand | Md. Code Ann., Cts. & Jud. Proc. §11-504(b)(5) | 20.00 | 20.00 |
| Checking account with Bank of America | Md. Code Ann., Cts. & Jud. Proc. §11-504(b)(5) | 10.00 | 10.00 |
| Checking account with Police FCU | Md. Code Ann., Cts. & Jud. Proc. §11-504(b)(5) | 30.00 | 30.00 |
| Deferred comp with ING | Md. Code Ann., Cts. & Jud. Proc. §11-504(h) | 51,190.09 | 51,190.09 |
| Dresses, skirts, blouses, slacks, sweaters, jackets, shoes, boots, outerwear & underwear | Md. Code Ann., Cts. & Jud. Proc. §11-504(f) | 150.00 | 150.00 |
| Household furnishings including living room, bedroom, dining room sets, lamps, electronic equipment, appliances and items of sentimental value | Md. Code Ann., Cts. & Jud. Proc. §11-504(b)(4) | 200.00 | 200.00 |
| Miscellanious books, pictures, compact discs, tapes, video tapes & DVDs | Md. Code Ann., Cts. & Jud. Proc. §11-504(f) | 100.00 | 100.00 |
| MPD provided and maintained retirement plan | Md. Code Ann., Cts. & Jud. Proc. §11-504(h) | 48,809.91 | 91,647.00 |
| Savings account with Bank of America | Md. Code Ann., Cts. & Jud. Proc. §11-504(b)(5) | 1,008.00 | 1,008.00 |
| Savings account with Police FCU | Md. Code Ann., Cts. & Jud. Proc. §11-504(b)(5) | 5.00 | 5.00 |
| Watches, rings, earrings, necklaces & bracelets | Md. Code Ann., Cts. & Jud. Proc. §11-504(f) | 100.00 | 100.00 |
| Whole life policy with Globe Life | Md. Code Ann., Ins. § 16-111(a) | 0.00 | 9,470.25 |

B6C (Official Form 6C) (12/07) - Cont.

In re McCoy, Debtors Case No. (If known)

Form B6C Cont'd (12/07) UNITED STATES BANKRUPTCY COURT – DISTRICT OF MARYLAND

Debtor(s): McCoy Case No.: (If known)

Form B6C - (12/07) 2007 USBC, Central District of California

In re McCoy Debtors. Case No.: (If known)

# AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| | **Md. Code Ann., Cts. & Jud. Proc. §11-504(f)** | **4,550.00** | |
| | **Md. Code Ann., Cts. & Jud. Proc. §11-504(b)(5)** | **4,920.25** | |
| | **Md. Code Ann., Cts. & Jud. Proc. §11-504(b)(2)** | **0.00** | |